IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3169 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MARVIN O. MEZA and | ) | |
| ANA C. CALIX, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion of defendant Calix to continue trial, filing 37, is granted and,

1. Trial of this matter is continued to 9:00 a.m., April 14, 2008 for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between January 31, 2008 and April 14, 2008 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated January 31, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge