IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3169 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| MARVIN O. MEZA, and ANA C. CALIX, | ) | AND ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Ana C. Calix has moved to continue the trial currently set for April 14, 2008. Filing No. 49. Defendant Calix states that despite the diligent efforts of the parties' counsel, their trial preparation is not yet complete. The government does not oppose the requested continuance, and the parties agree that an additional thirty days are needed to prepare for trial. The Court, being fully advised in the premises, finds that the defendant's motion to continue should be granted.

IT IS ORDERED:

1)  Defendant Ana C. Calix' motion to continue, (filing no. 49), is granted.

2)  The trial of this case is set to commence at 9:00 a.m. on May 12, 2008 for a duration of four trial days. Jury selection will be at the commencement of trial.

3)  Based upon the showing set forth in the defendant's motion and the representations of his counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendants and the public in a speedy trial. Accordingly, the time

between today's date and May 12, 2008 shall be excluded for speedy trial calculation purposes.  18 U.S.C. § 3161(h)(8)(A).

DATED this 2nd day of April, 2008.

>BY THE COURT:
>
> *S/Richard G. Kopf*
> United States District Judge