IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3169 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARVIN O. MEZA and | ) | |
| ANA C. CALIX, | ) | |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of counsel for Defendant Calix and the government, and with the understanding that Defendant Meza will enter a plea,

IT IS ORDERED that:

(1)   Trial of this case as to Defendants Meza and Calix is continued to 9:00 a.m., Monday, June 16, 2008, before the undersigned United States district judge, in Lincoln, Nebraska. Since this is a criminal case, the defendants shall be present unless excused by the court.

(2)   The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

(3)   Bruce Teichman, counsel for Defendant Meza, shall contact the undersigned's judicial assistant at his early convenience to schedule a plea hearing.

April 30, 2008.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge