UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                         )<br>                         Plaintiff,      )<br>                                                         )<br>        vs.                                        )<br>                                                         )<br>                                                         )<br>MARVIN MEZA,                          )<br>                                                         )<br>                         Defendant.  ) | 4:07CR3169<br><br>**FINAL ORDER OF**<br>**FORFEITURE** |

NOW ON THIS 22nd day of August, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On June 16, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841(a)(1), 841(b)(1) and 853, based upon the Defendant's plea of guilty to Counts I and IV of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $8,421.00 in United States currency and a 1999 Pontiac Grand Prix SE, VIN 1G2WJ52M4XF323273, was forfeited to the United States.

2. On July 10, 17 and 24, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on August 21, 2008 (Filing No. 76).

3. On August 19, 2008, this Court entered an Order (Filing No.75), granting Plaintiff's Consent Motion to Release Money (Filing No. 75) and directing the United States Marshals Service to release $5,320.00 of the $8,421.00, payable to the trust account of David Schroder.

4. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

5. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $3,101.00 in United States currency and a 1999 Pontiac Grand Prix SE, VIN 1G2WJ52M4XF323273, held by any person or entity, is hereby forever barred and foreclosed.

C. The $3,101.00 in United States currency and a 1999 Pontiac Grand Prix SE, VIN 1G2WJ52M4XF323273, be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshals Service for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 22nd day of August, 2008

BY THE COURT:

s/ *RICHARD G. KOPF*, JUDGE
United States District Court