IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3169 |
| | ) | |
| V. | ) | |
| | ) | |
| MARVIN O. MEZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

I am advised by the Pretrial Services Office that the defendant has failed to report to prison. Therefore,

IT IS ORDERED that the United States Marshals Service or any other law enforcement entity is hereby authorized and directed to arrest the defendant and present him to me for further proceedings. This order shall be constitute a bench warrant.

DATED this 12th day of May, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge