IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3169 |
| | ) | |
| vs. | ) | |
| | ) | |
| MARVIN O. MEZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The United States having moved for the forfeiture of the deposit of an Appearance and Compliance Bond of Marvin O. Meza for his failure to report to prison as ordered by the Court.

IT IS SO ORDERED that the $4,500.00 Appearance and Compliance Bond of Marvin O. Meza is hereby forfeited to the United States and directs the Clerk of the Court to transfer to the Crime Victim Fund the cash deposit of $4,500.00.

Dated this 25th day of October, 2012.

BY THE COURT:

*Richard G. Kopf*
JUDGE, U.S. DISTRICT COURT